IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   16-cr-00195-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. RONNIE NATHANIEL KEYES,

      Defendant.

---

## INDICTMENT
## 18 U.S.C.§ 922(g)(1)
**Possession of a Firearm and Ammunition by a Prohibited Person**

---

The Grand Jury charges:

### COUNT 1
18 U.S.C. § 922(g)(1)

On or about May 1, 2016, in the State and District of Colorado, the defendant, RONNIE NATHANIEL KEYES, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate commerce; in violation of Title 18, United States

…

…

Code, Section 922(g)(1).

                                                A TRUE BILL

                                  "Ink signature on file in Clerk's Office"
                                  FOREPERSON

JOHN F. WALSH
United States Attorney

s/ *Garreth Winstead*
GARRETH WINSTEAD
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado   80202
Telephone:   (303) 454-0100
Fax:   (303) 454-0406
E-mail:   garreth.winstead@usdoj.gov