DEFENDANT 1:       RONNIE NATHANIEL KEYES

YEAR OF BIRTH:     1977

ADDRESS:           Denver, CO

COMPLAINT FILED?   ___ YES  _X_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?       NO

OFFENSE:   Count One:   Possession of a firearm and ammunition by a person convicted of a felony, in violation of Title 18, United States Code, Section 922(g)(1).

LOCATION OF OFFENSE
(County and State):   Denver County, Colorado, and elsewhere

PENALTY:   Count 1:  NMT 10 years imprisonment, a $250,000 fine or both; up to 3 years supervised release and a $100.00 special assessment fee.

AGENT:     ATF TFO James Waidler

AUTHORIZED BY:   Bradley W. Giles
                Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  _X_  five days or less

  ___  over five days

    other

THE GOVERNMENT will seek detention in this case.

OCDETF case:  ____ Yes   _X_ No