IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00195-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

RONNIE NATHANIEL KEYES,

       Defendant.

_____

**MOTION FOR MAGISTRATE JUDGE RECONSIDERATION
OF ORDER OF DETENTION**
_____

       Mr. Ronnie Keyes, by and through undersigned counsel, David E. Johnson, hereby files this Motion for Magistrate Judge Reconsideration of Order of Detention (Doc. No. 12) and in support thereof states as follows:

       1.     Mr. Keyes is charged with one count of violating 18 U.S.C. § 922(g)(1), felon in possession of a firearm. *See* Doc. No. 1. On June 29, 2016, a detention hearing was held. *See* Doc. No. 10. Mr. Keyes sought bond; the government sought detention. At the conclusion of the hearing, the Court took the matter of detention under advisement. *Id.*

       2.     In ultimately ordering Mr. Keyes detained, the Magistrate Judge found Mr. Keyes a danger to the community. *Id.* at 4. Mr. Keyes requests the Magistrate Judge reconsider that finding and release Mr. Keyes on bond. Although Mr. Keyes takes issue with several of the Court's findings, three in particular warrant reconsideration of the Order of Detention.

3.  <u>Mental Health History</u>:  In finding Mr. Keyes a danger, this Court commented that Mr. Keyes has a mental health history, supposedly consisting of "bi-polar disorder" and "very recent (perhaps even current) suicidal ideation."  At the detention hearing, undersigned counsel attempted to address the pretrial service's mention of bi-polar diagnoses.  Counsel recalls that the Court interrupted him and indicated that that was not a fact the Court found significant.  As counsel began to discuss the alleged bi-polar diagnoses, the Court essentially asked counsel to discuss another aspect of the pretrial services report.  Counsel complied, believing that the mental health issue was not of concern to the Court.  However, with it now being used as a basis to detain Mr. Keyes, reconsideration is requested.  Mr. Keyes does not have bi-polar disorder.  When he was incarcerated over a decade ago, the corrections department began treating him for the disorder.  It was an incorrect diagnoses.  Since that time over a decade ago, there has been no indication of Mr. Keyes having bi-polar disorder.  Similarly, Mr. Keyes has not had "very recent" --- and certainly not "current" --- suicidal ideation.  Mr. Keyes requests reconsideration.

4.  <u>"Significant time in custody" since his injury</u>:  As this Court may recall, Mr. Keyes is paraplegic.  He is confined to a wheelchair as a result of an automobile accident that occurred in late-November 2006.  In finding Mr. Keyes a danger, and responding to his argument of his physical health condition, the Court made the following comment:  "Defendant has spent significant time in custody since his life-altering injury."  Undersigned counsel does not believe that to be a correct statement.  Mr. Keyes accident was in late-November, near Thanksgiving, 2006.  Since that time,

Mr. Keyes has *not* spent significant time in custody. Further, the pretrial services report's detailing of Mr. Keyes' criminal history supports this. After November 2006, Mr. Keyes has two cases with convictions. In one, he was sentenced to probation. Nor did Mr. Keyes serve significant time in pre-trial custody, if any at all. In the other, the pretrial services report shows he was on bond pre-trial, and it shows he was sentenced to probation. Again, Mr. Keyes requests reconsideration.

5. <u>Marijuana use</u>: In finding Mr. Keyes a danger, the Court mentioned Mr. Keyes' regular use of marijuana. *Id.* Marijuana, of course, is illegal under federal law. His ability to refrain from its use, should bond be granted, can be monitored via regular drug testing. More importantly, however, nothing about Mr. Keyes marijuana use makes him a danger. Under state law, he was using due to his medical condition, per the advice of a physician. While under federal pre-trial release, he will refrain from using marijuana, even for medical purposes; he will be monitored with frequent drug testing.

6. <u>Update</u>: In conjunction with the instant motion to reconsider, the following update is provided. First, following Mr. Keyes' detention hearing, he was taken by ambulance to the hospital due to his medical condition. He has since returned to GEO.[1] Second, Mr. Keyes continues to be in significant pain. He has not received his pain medications. Nor has he received his breathing inhaler. He is concerned about the

---

[1] Demonstrating Mr. Keyes' condition, he had to vomit on the floor during counsel's meeting with him following the detention hearing.

facility's ability to provide him with necessary care.  Third, counsel will continue to monitor the situation and discuss it with the United States Marshals Office.

WHEREFORE, Mr. Keyes files this Motion for Magistrate Judge Reconsideration of Order of Detention.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/David E. Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
david.johnson@fd.org
Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2016, I electronically filed the foregoing

**MOTION FOR MAGISTRATE JUDGE RECONSIDERATION
OF ORDER OF DETENTION**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Edwin Garreth Winstead, III, Assistant U.S. Attorney
    Garreth.winstead@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Ronnie Nathaniel Keyes (*via U.S. Mail*)

                                      s/David E. Johnson
                                      DAVID E. JOHNSON
                                      Assistant Federal Public Defender
                                      633 17th Street, Suite 1000
                                      Denver, CO  80202
                                      Telephone:  (303) 294-7002
                                      FAX:  (303) 294-1192
                                      david.johnson@fd.org
                                      Attorney for Defendant