IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00195-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

RONNIE NATHANIEL KEYES,

       Defendant.

_____

## MOTION TO RESTRICT ACCESS

Mr. Bines, Defendant, by and through undersigned counsel, David E Johnson,

respectfully requests that Docket Nos. 24, 25, and 26, be restricted at Level 2.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/David E. Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
david.johnson@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2016, I electronically filed the foregoing

**MOTION TO RESTRICT ACCESS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Edwin Garreth Winstead, III, Assistant U.S. Attorney
Garreth.winstead@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Ronnie Nathaniel Keyes (*via U.S. Mail)*

s/David E. Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
david.johnson@fd.org
Attorney for Defendant