IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00195-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONNIE NATHANIEL KEYES,

    Defendant.

_____

**BRIEF IN SUPPORT OF MOTION TO RESTRICT ACCESS**
_____

    Mr. Keyes, Defendant, by and through undersigned counsel, David E Johnson, hereby has requested that Docket Nos. 24, 25, and 26 be docketed under Level 2 Restriction. In support of this request, he states as follows:

    The above-referenced Docket Numbers contain references to sensitive, personal medical information regarding Mr. Keyes. First, the filings discuss Mr. Keyes upcoming/recent medical procedure, to wit: foot amputation surgery. Second, the filings discuss Mr. Keyes medical condition, including sores and open wounds on his body. Such information is private medical information relating to Mr. Keyes.

    Accordingly, based on the contents of these documents, it is requested that this Brief in Support of Motion to Restrict Access also be restricted to Level 2 access.

    WHEREFORE, Mr. Keyes, through counsel, respectfully requests that the Court restrict Docket Nos. 24, 25, and 26 to Level 2 access, pursuant to Federal Rule of Criminal Procedure 47.1.

Respectfully submitted,


VIRGINIA L. GRADY
Federal Public Defender


s/David E. Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
david.johnson@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2016, I electronically filed the foregoing

**BRIEF IN SUPPORT OF MOTION TO RESTRICT ACCESS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>Edwin Garreth Winstead, III, Assistant U.S. Attorney
>Garreth.winstead@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

>Ronnie Nathaniel Keyes (*via U.S. Mail)*

>s/David E. Johnson
>DAVID E. JOHNSON
>Assistant Federal Public Defender
>633 17th Street, Suite 1000
>Denver, CO  80202
>Telephone:  (303) 294-7002
>FAX:  (303) 294-1192
>david.johnson@fd.org
>Attorney for Defendant