IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00195-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

RONNIE NATHANIEL KEYES,

       Defendant.
_____

**JOINT MOTION FOR ORDER ALLOWING DEFENDANT TO RECEIVE VISITATION AND PHONE CALLS WHILE HOSPITALIZED**
_____

      Mr. Ronnie Keyes, by and through undersigned counsel, David E. Johnson, hereby files this Joint Motion for Order Allowing Defendant to Receive Visitation and Phone Calls While Hospitalized, and in support thereof states as follows:

      1.    As detailed in Docket Number 22, Unopposed Motion to Continue Trial, Mr. Keyes, currently being held in pre-trial detention, is at the hospital. Specifically, he is in the Correctional Care Medical Facility (CCMF) at Denver Health. Based on information and belief through information obtained from hospital personnel and Mr. Keyes, counsel can report that surgery is likely to occur today.

      2.    Subsequent to counsel's drafting of Docket Number 22, counsel learned the nature of Mr. Keyes' surgery: he will be undergoing a foot amputation. This is an extremely unsettling, difficult development for Mr. Keyes, as well as his family. Mr. Keyes and his family are exceptionally concerned. The recovery period is currently unknown. It will involve both physical and mental recovery.

3. Mr. Keyes has been informed that, because he is in pre-trial detention, the only way he would be able to receive visitation with family and friends during his hospital stay, is to: a) obtain written authorization from such from the United States Marshall's Office, or b) obtain an Order from the Court.

4. On multiple occasions, undersigned counsel has spoken with a Sergeant at CCMF. She informed counsel that there is an easy way to allow Mr. Keyes personal visitation: If CCMF received written authorization from the U.S. Marshall's Office allowing Mr. Keyes to have visits, he would certainly be permitted to have such visits. Absent that, she advised she would also, of course, follow a Court Order on that issue.

5. If such authorization were obtained, Mr. Keyes' visitation would be permitted, but would be limited to Saturdays and Sundays from 1 to 3 p.m. and Mondays from 6 to 8 p.m.

6. Undersigned counsel has also contacted the U.S. Marshall's Office inquiring about providing such written authorization to CCMF. Their first response is that such visitation would only be possible via Court order. Upon further inquiry – explaining that CCMF would accept written authorization from the Marshall's Office – the Marshall's Office explained to counsel's office that they will only provide such written authorization if an inmate were "on their deathbed."

7. Given the above efforts, Mr. Keyes now requests a Court order, allowing Mr. Keyes to receive personal visitation and phone call ability while hospitalized, consistent with CCMF policy.

8. Undersigned counsel has conferred with Assistant United States Attorney, Garreth Winstead on this Motion. Mr. Winstead conveyed that he joins in this motion and that it should be filed as a "Joint Motion."

WHEREFORE, Mr. Keyes requests this Court issue an Order, allowing Mr. Keyes to receive personal visitation and phone call ability while hospitalized in pre-trial detention.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/David E. Johnson
        DAVID E. JOHNSON
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        david.johnson@fd.org
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2016, I electronically filed the foregoing

**JOINT MOTION FOR ORDER ALLOWING DEFENDANT TO RECEIVE VISITATION AND PHONE CALLS WHILE HOSPITALIZED**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Edwin Garreth Winstead, III, Assistant U.S. Attorney
    Garreth.winstead@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Ronnie Nathaniel Keyes (*via U.S. Mail*)

    s/David E. Johnson
    DAVID E. JOHNSON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    david.johnson@fd.org
    Attorney for Defendant