IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00195-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

RONNIE NATHANIEL KEYES,

       Defendant.
_____

**BRIEF IN SUPPORT OF MOTION TO RESTRICT ACCESS**
_____

    Mr. Keyes, Defendant, by and through undersigned counsel, David E Johnson, hereby has requested that Docket Nos. 33 and 34 be docketed under Level 1 Restriction. In support of this request, he states as follows:

    The above-referenced Docket Numbers contain references to sensitive, personal medical information regarding Mr. Keyes. Specifically, Attachment 1 to Docket No. 34 is a letter from a care provider at Denver Health, where Mr. Keyes is undergoing care. The letter details Mr. Keyes' current physical condition, including "osteomyelitis" and "sacral decubitus ulcer", the latter being in "Stage IV". Also mentioned are medications that Mr. Keyes is taking, as well as future medical procedures, prognoses, and rehabilitation. The letter also explains Mr. Keyes' current mental state in coping with his physical condition. This information should not be available for public viewing.

In requesting this document to be restricted, the privacy of Mr. Keyes' medical information is being protected. Failure to restrict the document will risk such personal, private medical information being available for public view and consumption.

Accordingly, based on the contents of these documents, it is requested that this Brief in Support of Motion to Restrict Access also be restricted to Level 1 access.

WHEREFORE, Mr. Keyes, through counsel, respectfully requests that the Court restrict Docket Nos. 33 and 34 to Level 1 access, pursuant to Federal Rule of Criminal Procedure 47.1.

                                        Respectfully submitted,

                                        VIRGINIA L. GRADY
                                        Federal Public Defender

                                        s/David E. Johnson
                                        DAVID E. JOHNSON
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, CO  80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        david.johnson@fd.org
                                        Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2016, I electronically filed the foregoing

**BRIEF IN SUPPORT OF MOTION TO RESTRICT ACCESS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Edwin Garreth Winstead, III, Assistant U.S. Attorney
Garreth.winstead@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Ronnie Nathaniel Keyes (*via U.S. Mail)*

s/David E. Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
david.johnson@fd.org
Attorney for Defendant