IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00195-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONNIE NATHANIEL KEYES,

    Defendant.
_____

### STATUS UPDATE ON DEFENDANT'S ABILITY TO ATTEND HEARING
_____

    Mr. Ronnie Keyes, by and through undersigned counsel, David E. Johnson, hereby files this Status Update on Defendant's Ability to Attend Hearing, in advance of the hearing set for Wednesday October 5, 2016 at 9:00 a.m.:

    1.    The U.S. Marshals Office sent the below communication to the parties in the case, which was received today at approximately 11:45 a.m.:

> I just spoke with the nursing staff at CCMF and they informed me that Mr. Keyes presently can still only sit up for thirty minutes at a time; in which case he would not be able to sit during the hearing nor would we be able to house him since the only option we have for him is metal benches which he would have to sit on. They are slanted benches so laying on them would not be a reasonable option.
> I do not believe it would be in Mr. Keyes' best interest for him to attend the hearing.

    2.    Earlier in the day, at approximately 9:55 a.m., it was expressed to the parties: "Even if [Mr. Keyes] is physically able to attend the hearing, I would still worry about aggravating his injuries during a transport."

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/David E. Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
david.johnson@fd.org
Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2016, I electronically filed the foregoing

**STATUS UPDATE ON DEFENDANT'S ABILITY TO ATTEND HEARING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Edwin Garreth Winstead, III, Assistant U.S. Attorney
    Garreth.winstead@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Ronnie Nathaniel Keyes (*via U.S. Mail*)

    s/David E. Johnson
    DAVID E. JOHNSON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    david.johnson@fd.org
    Attorney for Defendant