IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00195-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RONNIE NATHANIEL KEYES,

      Defendant.

_____

**MOTION TO EXCUSE DEFENDANT'S PRESENCE AT
TOMORROW'S PRETRIAL CONFERENCE**
_____

    The defendant, Ronnie Keyes, by counsel, moves that his presence at tomorrow's pretrial conference be excused.

    Government counsel had not advised of his position as of the filing of this motion.

    There are four reasons for this request.

    First, Mr. Keyes' presence is not required at the pretrial conference.[1]

    Second, Mr. Keyes waives his right to be present.

---

[1] Fed. R. Crim. P. 43 (a): "Unless this rule, Rule 5, or Rule 10 provides otherwise, the defendant must be present at:(1) the initial appearance, the initial arraignment, and the plea;(2) every trial stage, including jury impanelment and the return of the verdict; and (3) sentencing."  The Rule "applies to only two pre-trial events—the arraignment and the plea." *United States v. Burke*, 345 F.3d 416, 422 (6th Cir. 2003).  Under Rule 43(b)(3) a defendant need not be present at a "proceeding [that] involves only a conference . . ." *United States v. Gonzales-Flores*, 701 F.3d 112, 116 (4th Cir. 2012)

Third, it is expected the government will file an unopposed motion to dismiss the indictment soon. [2]

Fourth, the U.S. Marshals Service believes it would be in the best interests of Mr. Keyes' health and safety for him to remain at the Denver Health Medical Center given his medical condition and the extensive requirements necessary to move him to court.

                Respectfully submitted,

                VIRGINIA L. GRADY
                Federal Public Defender


                <u>s/David E. Johnson</u>
                DAVID E. JOHNSON
                Assistant Federal Public Defender
                633 17th Street, Suite 1000
                Denver, CO 80202
                Telephone: (303) 294-7002
                FAX: (303) 294-1192
                david.johnson@fd.org
                Attorney for Defendant

---

[2] What isn't clear is whether the motion will be filed – or acted on – before the pretrial conference.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Edwin Garreth Winstead, III, Assistant U.S. Attorney
Garreth.winstead@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Gillian Fleck, SDUSM
Gillian.Fleck@usdoj.gov

Ronnie Nathaniel Keyes (*via U.S. Mail*)

                                          s/David E. Johnson
                                          DAVID E. JOHNSON
                                          Assistant Federal Public Defender
                                          633 17th Street, Suite 1000
                                          Denver, CO 80202
                                          Telephone: (303) 294-7002
                                          FAX: (303) 294-1192
                                          david.johnson@fd.org
                                          Attorney for Defendant